UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22633-CIV-JORDAN

| | |
|---|---|
| WILDO RIVERA )<br>)<br>   Petitioner )<br>)<br>vs. )<br>)<br>WALTER MCNEIL )<br>)<br>   Respondent )<br>_____) | **CLOSED CIVIL CASE** |

### ORDER DENYING HABEAS PETITION AND CLOSING CASE

Following a de novo review of the record, including Mr. Rivera's objections [D.E. 27], I adopt the report and recommendation issued by Magistrate Judge White [D.E.26]. Accordingly, Mr. Rivera's habeas corpus petition is denied as to Claims 1-10, and dismissed as to Claims 11-14, which are not exhausted.

This case is closed.

Done and ordered in chambers at Miami, Florida, this 25th day of November, 2009.

_____
Adalberto Jordan
United States District Judge

Copies to Magistrate Judge White, counsel of record, and Wildo Rivera, pro se, # M28962, Hendry Correctional Institution, 12551 Wainright Drive, Immokalee, FL 34142.